SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

Janina Y. Davis,
   Plaintiff,

-against-

M&M Developer, LLC., Moussa Yeroushalmi,
Morad Yeroushalmi, Farzaneh Yeroushalmi,
And MBM Development, LLC
   Defendants.

Index No: 25292/2007

Chapter 11
14-102386-MEW

-NOTE OF ISSUE-
FILED PURSUANT to NYCPLR 3402, 4101 & 4102

| | | | |
|---|---|---|---|
| DATE SUMMONS FILED: | 7/11/2007 | DATE SUMMONS SERVED: | 7/11/2007 |
| DATE ISSUE JOINED: | 10/16/2007 | | |
| NATURE OF ACTION: | Fraud | | |
| RELIEF SOUGHT: | Void Title/Rescind Deed | | |
| ASSIGNED JUDGE: | Honorable Michael Wiles | | |
| NOTICE OF TRIAL/INQUEST: | 04/27/2015 (Date) | 9:30 A.M. (Time) | |
| Location & Address | 500 Pearl Street, New York, NY 10007 | | |

TRIAL BY JURY: DEMANDED

**Plaintiff and Attorney(s) for Plaintiff**
Name(s), Address(es) & Telephone Number(s)

Janina Davis, Plaintiff  A.R. Soleil & Company P.C.

167 Park Avenue, Brooklyn, 11205  Tel No: (718) 522-0103

**Debtors**
Name(s), Address(es) & Telephone Number(s)

Robinson, Brog, Leinwand, Greene, Genovese & Gluck, P.C.

875 Third Avenue, 9th Fl. New York, NY 10022  Tel No: (212) 603-6300

Dated: Brooklyn, New York
   March 30, 2015

*[signature]*
A.R. Soleil & Company P.C.
Attorneys for Plaintiff Janina Davis
By: Andre Ramon Soleil
167 Park Avenue
Brooklyn, NY 11205
(718) 522-0103 *ph*
(718) 705/4397 *fax*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

Janina y. Davis,
       Plaintiff,

-against-

M&M Developer, LLC., Moussa Yeroushalmi,
Morad Yeroushalmi, Farzaneh Yeroushalmi,
And MBM Development, LLC
       Defendants.

Index No: 25292/2007

Chapter 11
14-102386-MEW

### -CERTIFICATE OF READINESS FOR TRIAL-
(Items 1-7 must be checked)

| | | Complete | Waived | Not Required |
|---|---|---|---|---|
| 1. | All Pleadings Served | X | | |
| 2. | Bill of particulars served | | | X |
| 3. | Physical examinations completed | | | X |
| 4. | Medical reports exchanged | | | X |
| 5. | Appraisal reports exchanged | | | X |
| 6. | Compliance with section 202.16 of the Rules of the Chief Administrator (22 NYCRR 202.16) in matrimonial actions | | | X |
| 7. | Discovery proceedings now known to be necessary completed | X | | |

8. There are no outstanding requests for discovery.
9. There has been a reasonable opportunity to complete the foregoing proceedings.
10. There has been compliance with any order issued pursuant to section 202.12 of the Rules of the Chief Administrator (22 NYCRR 202.12).
11. If a medical malpractice action, there has been compliance with any order issued pursuant to section 202.56 of the Rules of the Chief Administrator (22 NYCRR 202.56).
12. The case is ready for trial.

Dated: Brooklyn, New York
March 30, 2015

*[signature]*

A.R. Soleil & Company P.C.
Attorneys for Plaintiff
By: Andre Soleil, Esq.
167 Park Avenue
Brooklyn, NY 11205
(718) 522-0103 *ph*
(718) 705/4397 *fax*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

Janina y. Davis,
    Plaintiff,

-against-

M&M Developer, LLC., Moussa Yeroushalmi, Morad Yeroushalmi, Farzaneh Yeroushalmi, And MBM Development, LLC
    Defendants.

Index No: 25292/2007

Chapter 11
14-102386-MEW

## -NOTE OF ISSUE & CERTIFICATE OF READINESS FOR TRIAL-

Signature pursuant to N.Y. RULES CHIEF ADMIN. § 130-1.1-a (Consol. 2005)

_____
André Ramón Soleil, Esq.

From: A.R. Soleil & Company, P.C.
Attorney for the Defendant
By: André Ramón Soleil, Esq.
32 Court Street, #1107
Brooklyn, NY 11201

To: Robinson, Brog, Leinwand Greene, Genovese & Gluck, P.C.
875 Third Avenue, 9th Fl.
New York, NY 10022
Tel No: (212) 603-6300